Circuit. January 6, 1925.) No. 6685. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

---

1

Roy BROOKS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 3, 1924.) No. 6523. In Error to the District Court of the United States for the Western District of Oklahoma. H. C. Hargis, of Pawhuska, Okl., for plaintiff in error. James A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 23.

---

2

Thomas BULGER, Libelant Appellee, v. NATIONAL LEAD COMPANY, Respondent Appellee, and Barge MARY ETHEL, etc., Timothy J. Donovan, Claimant Appellee, and Steam TUG MAHANOY, etc., Lehigh Valley Transportation Company, Claimant Appellant. Home Insurance Company, Libelant Appellee, v. Barge Mary Ethel, etc., Timothy Donovan, Claimant Appellee, and Steam Tug Mahanoy, Lehigh Valley Transportation Company, Claimant Appellant, and National Lead Company, Respondent Impleaded, Appellee, and Barge Thomas Bulger, etc., Thomas Bulger, Claimant Impleaded, Appellee. (Circuit Court of Appeals, Second Circuit. February 16, 1925.) Nos. 181, 182. Appeals from the District Court of the United States for the Eastern District of New York. Bigham, Englar & Jones, of New York City (Leonard J. Matteson and C. W. Hagen, both of New York City of counsel), for appellant. Macklin, Brown & Van Wyck, of New York City, for appellees Bulger and Home Ins. Co. William J. Mahar, of New York City (Horace L. Cheyney, of New York City, of counsel), Alexander & Green, of New York City (Henry E. Mattison and H. S. Ogden, both of New York City, of counsel), for appellee National Lead Co. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (290 F. 458) affirmed.

---

3

CAMDEN FIRE ASSURANCE ASSOCIATION, Plaintiff in Error, v. UNITED STATES MANUFACTURERS' EXPORT CORPORATION, Defendant in Error. (Circuit Court of Appeals, Second Circuit. February 16, 1925.) No. 197. In Error to the District Court of the United States for the Southern District of New York. Bigham, Englar & Jones, of New York City (Arthur W. Clement, of New York City, of counsel), for plaintiff in error. Duncan & Mount, of New York City (John A. Mc-Manus and Kenneth R. Thompson, both of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

4

CAPITOL PETROLEUM CO. et al., Plaintiffs in Error, v. PARA OIL CO. (Circuit Court of Appeals, Eighth Circuit. December 19, 1924.) No. 6377. In Error to the District Court of the United States for the District of Colorado. Stephen W. Ryan, of Denver, Colo., for plaintiffs in error. William W. Garwood and Omar E. Garwood, both of Denver, Colo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

5

UNITED STATES et al., Owners Steamship CASTLEWOOD, Appellants, v. John W. MASSEY, Trustee, etc., Newport News Iron Works, Appellee. (Circuit Court of Appeals, Third Circuit. June 12, 1925.) No. 3276. Appeal from the District Court of the United States for the Eastern District of Pennsylvania; J. Whitaker Thompson, Judge. George W. Coles, U. S. Atty., of Philadelphia, Pa., and J. Frank Staley, of Washington, D. C., for appellants. Joseph W. Henderson, of Philadelphia, Pa., and Rumsey & Morgan, of New York City (Mark W. Maclay, of New York City, of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. After argument and full consideration had, we are of opinion no error was committed by the court below. Its opinion is so full and satisfactory that nothing more could, or need be, said by this court in the way of restatement, and we therefore affirm the decree on Judge Thompson's opinion (298 F. 184), simply adding that this is not a case where the account stated is a creation of original liability, but of an account stated based on transactions between the parties involving asserted liability on the one hand and admitted liability on the other, and such account stated thereafter confirmed, acted upon, and unvoided. The repairs were maritime; the claim, by the advice of competent counsel, conceded to be just; the repairs accepted and approved by the defendants; and the vessel, fitted for its work, taken from the jurisdiction of the court below. Under such circumstances, a settlement and adjustment made by the parties, and which passed into an account stated and a large part thereof paid, should not be denied the stability and conclusiveness adjudged by the court below, for under all the authorities such a situation makes a sufficient basis for an account stated. The decree below is therefore affirmed.

---

6

CHICAGO, ROCK ISLAND & PACIFIC RAILWAY Co., Plaintiff in Error, v. Grace E.